■ WAYNE O. ROBERTS, Respondent, v UNITED STATES FIDELITY & GUARANTY COMPANY, Appellant

Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.